P-SEND / ENTER / CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| J. D., a minor, | CASE NO. CV 07 - 2537 ODW (FMOx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANT PRINCESS CRUISE LINES, LTD. |
| PRINCESS CRUISE LINES, LTD., a Bermuda corporation d/b/a PRINCESS CRUISE; FRANCESCO VILLELLA, an individual, | |
| Defendants. | |

In light of this Court's February 4, 2008 Order Granting Defendant Princess Cruise Lines, LTD's Motion for Summary Judgment against Plaintiff, judgment is hereby entered in favor of Defendant Princess Cruise Lines, LTD and against Plaintiff.

IT IS SO ORDERED

Dated: March 27, 2008

_____
HON. OTIS D. WRIGHT II
United States District Judge